CLERK'S OFFICE U.S. DIST. COURT
AT ROANOKE, VA
FILED

NOV 0 6 2007

JOHN F. CORCORAN, CLERK
BY:
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | |
|---|---|
| MATTHEW BRIAN ASLINGER, et al., )<br>    Petitioners, )<br>)<br>v. )<br>)<br>GERALD M. McPEAK, et al., )<br>    Respondents. ) | Civil Action No. 7:07cv00529<br><br>**FINAL ORDER**<br><br>By: Samuel G. Wilson<br>United States District Judge |

In accordance with the Memorandum Opinion entered this day, it is hereby

**ORDERED and ADJUDGED**

that this petition for writ of mandamus is **DENIED** and this case is **STRICKEN** from the active docket of the court.

The Clerk of the Court is directed to send a certified copy of this Order and the accompanying Memorandum Opinion to the plaintiff.

**ENTER:** This 6th day of November, 2007.

                                                      United States District Judge